```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HENRY ARGUDO, et al.,                                              :
                                                                   :
                               Plaintiffs,                         :     18-CV-678 (JMF)
                                                                   :
               -v-                                                 :     ORDER
                                                                   :
PAREA GROUP LLC, et al.,                                           :
                                                                   :
                               Defendants.                         :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On October 17, 2019, the Court ordered that Defendants comply with the Court's September 24, 2019 Opinion and Order, ECF No. 120, by producing a list of putative collective and class members to Plaintiffs, on pain of sanctions in the amount of $1,000 per day beginning at 5:00 p.m. on October 18, 2019. *See* ECF No. 130. Furthermore, the Court ordered Defendants to file a notice on ECF when they had produced the complete list. *See* ECF No. 137. To date — almost 40 days later — Defendants still have not filed such notice.

Accordingly, it is hereby ORDERED that **no later than December 3, 2019**, the parties shall file a joint letter on ECF providing a status update to the Court and what, if any, further actions the Court should take in connection with this case.

    SO ORDERED.

Dated: November 26, 2019
       New York, New York
                                                  JESSE M. FURMAN
                                               United States District Judge