UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
HENRY ARGUDO, et al., :
:
                      Plaintiffs, :
: 18-CV-678 (JMF)
        -v- :
: ORDER
:
PAREA GROUP LLC, et al., :
:
                      Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during today's conference, the close of fact discovery is extended to **May 15, 2020**. By the **same date**, Plaintiffs shall file any motion for summary judgment. Defendants (other than Parea Group LLC, with respect to which this action is stayed, *see* ECF No. 77) shall file any opposition no later than **June 12, 2020**, and Plaintiffs shall file any reply no later than **June 26, 2020**.

       SO ORDERED.

Dated: March 9, 2020
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge