UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HENRY ARGUDO, et al.,                                                :
:
                   Plaintiffs,                      :
:      18-CV-678 (JMF)
    -v-                                                          :
:      ORDER
PAREA GROUP LLC, et al.,                                             :
:
                   Defendants.                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during today's conference, the deadline for document discovery is extended to **June 1, 2020**, and the deadline for all other fact discovery, including depositions, is extended to **July 1, 2020**. In addition, the deadline for Plaintiffs to move for summary judgment is extended to **July 17, 2020**. No further extensions will be granted.

      During the conference, the Court addressed several of the issues raised in the parties' letters at ECF Nos. 204 to 206. The Court will defer entering an Order reflecting its rulings and determinations until next week to allow the parties to confer in an effort to tie up loose ends, if not resolve the matter in a different manner. No later than **May 26, 2020**, the parties shall meet and confer in good faith and, **by the same date**, the parties shall submit a status letter updating the Court about the progress of their discussions. If the parties have reached any agreements or stipulations on these issues, they should note them in their letter.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York
                                             JESSE M. FURMAN
                                   United States District Judge