UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY ARGUDO and DIEGO SANAY, on behalf of themselves and others similarly situated<br><br>               Plaintiffs,<br>v.<br><br>PAREA GROUP LLC, d/b/a TRATTORIA IL MULINO, IMNY GS LLC d/b/a IL MULINO TRIBECA, GFB RESTAURANT CORP. d/b/a IL MULINO DOWNTOWN, WONDERFUL RESTAURANT LLC d/b/a IL MULINO UPTOWN, K.G. IM MANAGEMENT, LLC, PASTA PERFECT LLC, IM 60 STREET, IL MULINO USA, IM LLC-I, BRIAN GALLIGAN, and GERALD KATZOFF,<br><br>               Defendants. | 18 CV 678 (JMF) |

**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND APPROVAL
OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement ("Motion for Preliminary Approval") and the Declaration of Josef Nussbaum in Support of Plaintiffs' Motion for Preliminary Approval ("Nussbaum Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1) Granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), attached as Exhibit A to the Nussbaum Declaration;

(2) Approving the proposed Notices of Class Action Settlement ("Rule 23 Notice") attached as Exhibit B to the Nussbaum Declaration, and

(3) Granting such other, further, or different relief as the Court deems just and proper.

\*         \*         \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit C to the Nussbaum Declaration, for the Court's convenience.

Dated: July 16, 2020

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

<u>s/ *Josef Nussbaum*</u>
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the proposed NYLL Class*