UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
        :
HENRY ARGUDO et al., *on behalf of themselves and*  :
*others similarly situated*,        :
        :
        Plaintiffs,  :  18-CV-678 (JMF)
        :
    -v-  :  <u>ORDER</u>
        :
PAREA GROUP LLC et al.,  :
        :
        Defendants.  :
        X
---------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

    In light of Defendant Il Mulino USA, LLC's notice of bankruptcy filing, ECF No. 222, this case is automatically stayed with respect to Defendant Il Mulino USA, LLC.  Previously, this case was automatically stayed with respect to Defendant Parea Group, LLC.  *See* ECF No. 77.  No later than **August 26, 2020**, the parties shall confer and file a joint letter describing what effect, if any, these stays have on this case and the pending settlement.

    SO ORDERED.

Dated: August 12, 2020
       New York, New York                        JESSE M. FURMAN
                                                      United States District Judge