UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HENRY ARGUDO and DIEGO SANAY, :
*on behalf of themselves and others* :
*similarly situated*, et al., :
                           Plaintiffs, :      18-CV-678 (JMF)
:
         -v-    :         ORDER
:
PAREA GROUP LLC d/b/a TRATTORIA IL MULINO :
et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 11, 2021, Ellenoff Grossman & Schole LLP ("EGS") moved to withdraw from representing Defendants Pasta Perfect, LLC, IM 60 Street LLC, Wonderful Restaurant, LLC and Brian Galligan (collectively, the "BSP Defendants"), as well as Il Mulino USA, LLC ("Il Mulino USA"). ECF No. 243. Any opposition to EGS's motion shall be filed no later than **January 19, 2021**. Any reply shall be filed no later than **January 21, 2021**. The fairness hearing remains scheduled for **January 28, 2021** at **3:00 p.m.**

       Defendants are reminded that a limited liability company may appear in federal court only through licensed counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Defendants are also cautioned that it is in their interest to resolve their representation promptly, even before a decision on the motion, as the uncertainty regarding Defendants' representation is not likely to result in an adjournment of the fairness hearing given that Defendants have been on notice of the issue and the hearing date for several weeks.

       SO ORDERED.

Dated: January 12, 2021
      New York, New York
                                                       JESSE M. FURMAN
                                                       United States District Judge