# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

January 12, 2021

**VIA ECF**

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re:  *Argudo, et al. v. Parea Group Ltd., et al.,*18-CV-0678 **(JMF)**

Dear Judge Furman,

  We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 Class in the above-referenced matter. We write to notify the Court that we have decided not to move for contempt/sanctions against Defendants at this time. In light of recent developments and discussions with counsel for Defendants, we believe that any relief related to Defendants' failure to fund the Settlement would be best raised in conjunction with Plaintiffs' motion for Final Approval, if Defendants have still not funded by then. At that point Plaintiffs will likely seek, *inter alia,* an Order, pursuant to Fed. R. Civ. P. Rule 62(a), allowing immediate execution of the judgment in this matter.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  /s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)