**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY ARGUDO and DIEGO SANAY, on behalf themselves and other similarly situated,<br><br>      *Plaintiffs*,<br><br>vs.<br><br>PAREA GROUP LLC, d/b/a TRATTORIA IL MULINO, IMNY GS LLC d/b/a IL MULINO TRIBECA, GFB RESTAURANT CORP. d/b/a IL MULINO DOWNTOWN, WONDERFUL RESTAURANT LLC d/b/a IL MULINO UPTOWN, BRIAN GALLIGAN, and GERALD KATZOFF,<br><br>      *Defendants*. | Case No. 18-CV-00678-JMF |

## NOTICE OF APPEARANCE OF JORDAN D. WEISS

Notice is hereby given that the undersigned attorney, Jordan D. Weiss of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Pasta Perfect, LLC and IM 60th Street, LLC, and requests that all notices, pleadings, and orders entered in this matter to be sent to the undersigned. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, New York
    January 14, 2021

Respectfully submitted,

By: /s/ Jordan D. Weiss
Jordan D. Weiss
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. (212) 813-8800
Fax (212) 355-3333
jweiss@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I cause a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

*/s/ Jordan D. Weiss*