UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
HENRY ARGUDO and DIEGO SANAY, *on behalf of* :
*themselves and others similarly situated*, et al., :
:
                     Plaintiffs, : 18-CV-678 (JMF)
:
    -v- : ORDER
:
PAREA GROUP LLC d/b/a TRATTORIA IL MULINO, :
et al., :
:
                     Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the appearance of Goodwin Procter LLP ("Goodwin") on behalf of Defendants Pasta Perfect LLC and IM 60 Street LLC and its consent to the withdrawal of Ellenoff Grossman & Schole LLP ("EGS") as counsel to those Defendants, ECF Nos. 250, 251, EGS's motion to withdraw is GRANTED as to Pasta Perfect LLC and IM 60 Street LLC. EGS's motion remains pending as to Wonderful Restaurant LLC, Brian Galligan, and Il Mulino USA. The Court will take no other action in connection with Goodwin's letter at this time insofar as the letter does not seek any relief. The Clerk of Court is directed to substitute Goodwin as counsel for Defendants Pasta Perfect LLC and IM 60 Street LLC. But because EGS's motion remains pending as to the other Defendants, the Clerk of Court should *not* terminate ECF No. 243 at this time.

      SO ORDERED.

Dated: January 15, 2021
       New York, New York
                                               JESSE M. FURMAN
                                           United States District Judge