```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
HENRY ARGUDO and DIEGO SANAY, on behalf of                              :
themselves and others similarly situated, et al.,                       :
                                                                        :
                                Plaintiffs,        :   18-CV-678 (JMF)
                                                                        :
               -v-                                 :   ORDER
                                                                        :
PAREA GROUP LLC d/b/a TRATTORIA IL MULINO,         :
et al.,                                                                 :
                                                                        :
                                Defendants.        :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of the appearance of Bartholow & Miller LLP on behalf of Defendant Brian Galligan and Galligan's consent to the withdrawal of Ellenoff Grossman & Schole LLP ("EGS") as counsel to him, ECF No. 254, EGS's motion to withdraw is GRANTED as to Brian Galligan. EGS's motion remains pending as to Wonderful Restaurant LLC and Il Mulino USA.

Bankruptcy counsel for Il Mulino USA filed a letter on behalf of Il Mulino USA. ECF No. 255. It indicates, among other things, that the bankruptcy court has lifted the automatic stay as to Il Mulino USA for the limited purpose of permitting the Plaintiffs to consummate and effectuate the Settlement Agreement and that Il Mulino USA does not object to EGS's withdrawal. **No later than tomorrow, January 21, 2021,** bankruptcy counsel for Il Mulino USA shall file a letter indicating whether it is appearing (or is willing to appear) on behalf of Il Mulino USA at the fairness hearing if the Court grants EGS's withdrawal as to Il Mulino USA.

Earlier today, Goodwin Procter LLP filed a letter indicating that while it was still in the process of confirming who currently hold the management rights with respect to Wonderful

Restaurant LLC, its clients owned Wonderful Restaurant LLC's equity, and Goodwin Procter accordingly intended to enter an appearance on behalf of Wonderful Restaurant LLC absent objection.  ECF No. 257.  Any objection to Goodwin Procter's appearance on behalf of Wonderful Restaurant LLC shall be **no later than tomorrow, January 21, 2021**.  Absent an objection, the Court will substitute Goodwin Procter as counsel for Wonderful Restaurant LLC and grant EGS's motion to withdraw as to Wonderful Restaurant LLC.

In light of these developments, EGS is granted an extension until **January 22, 2021** (and, indeed, should wait until that date) to file its reply in support of its motion to withdraw.  In the event that either or both Wonderful Restaurant LLC and Il Mulino USA do not have new counsel by that time, EGS shall address whether its motion should be denied with respect to them on that basis.

SO ORDERED.

Dated: January 20, 2021
New York, New York

JESSE M. FURMAN
United States District Judge