# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

January 20, 2021

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Argudo, et al. v. Parea Group Ltd. et al.*, **18-cv-0678 (JMF)**

Dear Judge Furman,

  We are bankruptcy counsel to Defendant Il Mulino USA, LLC ("IM USA") and certain affiliated debtors and debtors-in-possession (collectively, the "Debtors"). In accordance with Your Honor's Order at ECF No. 258, we confirm that Alston & Bird will appear on behalf of IM USA at the fairness hearing.

Respectfully submitted,

Gerard S. Catalanello
*Counsel to Il Mulino USA, LLC*

cc: All counsel of record (via ECF)
LEGAL02/40371555v1

Alston & Bird LLP   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.