UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY ARGUDO and DIEGO SANAY, on behalf of themselves and others similarly situated<br><br>                Plaintiffs,<br>  v.<br><br>PAREA GROUP LLC, d/b/a TRATTORIA IL MULINO, IMNY GS LLC d/b/a IL MULINO TRIBECA, GFB RESTAURANT CORP. d/b/a IL MULINO DOWNTOWN, WONDERFUL RESTAURANT LLC d/b/a IL MULINO UPTOWN, K.G. IM MANAGEMENT, LLC, PASTA PERFECT LLC, IM 60 STREET, IL MULINO USA, IM LLC-I, BRIAN GALLIGAN, and GERALD KATZOFF,<br><br>                Defendants. | 18 CV 678 (JMF) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Jesse M. Furman at the United States Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on January 28, 2021 at 3:00 p.m., for an order granting final approval of the class action settlement in this matter.

Dated:  New York, New York
         January 21, 2021                   /s/ *Josef Nussbaum*
                                                    D. Maimon Kirschenbaum
                                                    Josef Nussbaum
                                                    **JOSEPH & KIRSCHENBAUM LLP**
                                                      32 Broadway, Suite 601
                                                      New York, NY 10004
                                                      (212) 688-5640
                                                      (212) 688-2548 (fax)

*Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the Class*