UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HENRY ARGUDO and DIEGO SANAY, *on behalf of* :
*themselves and others similarly situated*, et al., :
:
                        Plaintiffs, :          18-CV-678 (JMF)
:
       -v- :             ORDER
:
PAREA GROUP LLC d/b/a TRATTORIA IL MULINO, :
et al., :
:
                        Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of (1) bankruptcy counsel's representation that it will appear on behalf of Defendant Il Mulino USA at the fairness hearing, ECF No. 259; (2) the absence of any objection to Goodwin Procter LLP's representation of Defendant Wonderful Restaurant LLC; and (3) Goodwin Procter's notice of appearance on Wonderful Restaurant's behalf, ECF No. 261, Ellenoff Grossman & Schole LLP's ("EGS") motion to withdraw from representing Defendants Wonderful Restaurant, LLC and Il Mulino USA is GRANTED.  (EGS's motion to withdraw was previously granted with respect to Defendants Pasta Perfect, LLC, IM 60 Street LLC, and Brian Galligan.  ECF Nos. 253, 258.)

      SO ORDERED.

Dated: January 21, 2021
      New York, New York                    _____
                                                    JESSE M. FURMAN
                                                 United States District Judge